ROBERT WALLER, Appellant, *v.* DAVID FEISS, Respondent.

Argued April 22, 1941; decided June 5, 1941.

*George W. Herz* for appellant.

*Desmond T. Barry, Edward A. Shandell* and *Clarence B. Tippett* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division on the ground that the findings of

the Appellate Division are not in accord with the weight of evidence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.